**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01122-CR

### PATRICK M. MOSES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62662-K**

## ORDER

The Court **GRANTS** the State's May 15, 2013 motion for extension of time to file the

State's brief.

We **ORDER** the Clerk of the Court to file the brief as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE